# Court of Appeals
# of the State of Georgia

ATLANTA,  November 25, 2024

*The Court of Appeals hereby passes the following order:*

## A25D0131, A25D0133. BREKA TINCH v. SUSAN WILBANKS et al. (two cases).

In this apparent real property dispute, plaintiff Breka Tinch has filed applications for discretionary review from two trial court orders awarding OCGA § 9-15-14 attorney fees to defendants Susan Wilbanks (Case No. A25D0131) and Citizens Trust Bank (Case No. A25D0133). The trial court entered its orders in both cases on October 8, 2024, and Tinch filed her applications in this Court from each order on November 12, 2024. We lack jurisdiction in both cases because the applications are untimely.[1]

To be timely, a discretionary application must be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Tinch's applications were untimely filed 35 days after the entry of the October 8, 2024 orders, and, consequently, we lack jurisdiction to

---

[1] Tinch also filed a discretionary application on November 12, 2024 (the Tuesday following the Veterans Day holiday) from a third trial court order in this matter, awarding OCGA § 9-15-14 attorney fees to defendants Higher Tech Realty, LLC and Teresa Renfroe. See Case No. A25D0132. However, because the trial court order in that case was filed on October 10, 2024, Tinch's application in A25D0132 is timely filed. See Court of Appeals Rule 3 ("When a filing deadline falls on a Saturday, Sunday, [or] an official state or national holiday, . . . the deadline is extended to the next business day."); OCGA § 1-3-1 (d) (3).

consider them. See *In the Interest of B. R. F.*, 299 Ga. 294, 298 (788 SE2d 416) (2016) (holding that an appellate court lacks jurisdiction over an untimely application for discretionary appeal). Accordingly, the applications in Case Nos. A25D0131 and A25D0133 are hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,    11/25/2024                    *

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*